**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| JORDAN WILSON, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:22-cv-00719-CFC |
| | ) |
| vs. | ) |
| | ) |
| VIASAT, INC., MARK D. DANKBERG, RICHARD A. BALDRIDGE, JAMES BRIDENSTINE, ROBERT W. JOHNSON, SEAN PAK, VARSHA RAO, JOHN P. STENBIT, and THERESA WISE, | ) ) ) JURY TRIAL DEMANDED ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated:  September 20, 2022         **LONG LAW, LLC**

By:   */s/ Brian D. Long*
Brian D. Long (#4347)3
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*